IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBIN BELL,                                     :
                                                :
                        Plaintiff,              :           CIVIL ACTION NO. 18-2833
                                                :
        v.                                      :
                                                :
COWORX STAFFING SERVICES, LLC and               :
SYNCHRONOSS, INC.,                              :
                                                :
                        Defendants.             :

## ORDER

**AND NOW**, this 9th day of October, 2018, the court having held an initial pretrial conference today; accordingly, it is hereby **ORDERED** as follows:

1.      The parties shall engage in an initial period of fact discovery until **November 9, 2018**;

2.      The defendants' time to respond to the plaintiff's motion for conditional certification pursuant to 29 U.S.C. § 216(b) (Doc. No. 17) is extended to **November 16, 2018**; and

3.      The court will hold a telephone conference in this case on **Monday**, **November 13, 2018**, at **11:30 a.m.**

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.