IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN BELL, individually and on behalf of others similarly situated, | : : : |
| Plaintiff, | : CIVIL ACTION NO. 18-2833 |
| v. | : : : |
| COWORX STAFFING SERVICES, LLC, SYNCHRONOSS, INC., and SEQUENTIAL TECHNOLOGY INTERNATIONAL, INC., | : : : : : |
| Defendants. | : |

**ORDER**

**AND NOW**, this 4th day of October, 2019, after considering the plaintiff's unopposed motion for preliminary approval of class and collective class action settlement, approval of class notice, and setting final approval hearing (Doc. No. 42), the plaintiff's brief in support of the motion for preliminary approval of the class action settlement (Doc. No. 43), the stipulation and proposed order (Doc. No. 44), and the amended complaint (Doc. No. 45); and after a telephone conference with counsel for the parties today, it is hereby **ORDERED** as follows:

1. The unopposed motion for preliminary approval of class and collective class action settlement (Doc. No. 42) is **GRANTED**. The court preliminarily **APPROVES** the class action settlement;

2. Sommers Schwartz P.C. and Winebrake & Santillo, LLC are appointed interim class counsel pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure and shall ensure that the notice process contemplated by the parties' settlement is followed;[1]

---

[1] The court will make a final decision regarding the appointment of class counsel after the final approval and pursuant to the criteria described in Rule 23(g)(1) of the Federal Rules of Civil Procedure.

3.	The parties shall file a notice of compliance with the court, confirming that they provided the approved notice to the class, by **November 8, 2019**;

4.	The class members shall have until **December 23, 2019** to opt out of the class;

5.	The parties shall file a joint motion for final approval of the class action settlement and certification of the settlement class, as well as a motion for attorneys' fees and a class representative service award by **January 22, 2020**;

6.	The court will hold a final fairness hearing on **Tuesday**, **February 11, 2020**, at **10:00 a.m.**, at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania.[2]

BY THE COURT:

/s/ *Edward Smith*_____
EDWARD G. SMITH, J.

---

[2] During this hearing, the court will hear from any objectors or other class members who wish to address the court and will hear argument from counsel regarding, *inter alia*, the following issues: (1) whether the settlement warrants final approval under Rule 23(e)(2) of the Federal Rules of Civil Procedure; (2) whether the settlement class should be certified under Rules 23(a) and 23(b)(3); (3) whether the service awards set forth in the parties' agreement should be approved; and (4) whether the attorney's fees and litigation costs sought by interim class counsel in the parties' agreement should be approved under Rule 23(h).