IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
ALLENTOWN DIVISION

|  |  |
|---|---|
| ROBIN BELL, *on behalf of herself and similarly situated employees*, | : CIVIL ACTION : : No. 5:18-cv-02833-EGS |
| Plaintiff, | : |
| v. | : : |
| COWORX STAFFING SERVICES, LLC., SYNCHRONOSS, INC., and SEQUENTIAL TECHNOLOGY INTERNATIONAL, LLC | : : : |
| Defendants. | : : : : |

**PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS/COLLECTIVE, FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, AND OTHER ASSOCIATED RELIEF**

Robin Bell ("Plaintiff") and CoWorx Staffing Services, LLC, Synchronoss, Inc., and Sequential Technology International, LLC ("Defendants"), have settled this "hybrid" class/collective action lawsuit, which asserts claims under the Fair Labor Standards Act ("FLSA") and the Pennsylvania Minimum Wage Act ("PMWA"). The non-reversionary settlement requires Defendants to pay $850,000. If approved, the settlement fund will be distributed as follows:

- $504,166.67 will be paid to the 3,644 class/collective members.

- Class Counsel's Attorneys' Fees in an amount not to exceed $283,333.33 and Lawsuit Costs in an amount not to exceed $15,000 (any unapproved amounts will pour over to the class members).

- Class Representative Service Awards in the amount of $7,500 to Named Plaintiff Bell and in the amount of $5,000 to Opt-in Plaintiff Redmond.

- Settlement Administrator fees in an amount not to exceed $35,000.

On October 4, 2019, the Court entered an order "preliminarily" approving the settlement (ECF No. 47), authorizing the issuance of notice to the putative class/collective members, and appointing the undersigned to serve as interim class counsel. The notice process is now complete. None of the putative class/collective members have objected to the settlement, and only 23 of them requested exclusion.

So this matter is ripe for "final approval." The Court has scheduled a fairness hearing for February 11, 2020, and, in anticipation of the hearing, Plaintiff files this motion, which asks the Court to enter an order:

- Certifying, pursuant to Civil Rules 23(a) and 23(b)(3), a settlement class, and pursuant to 29 U.S.C. § 216(b), an FLSA collective comprised of: all current and former non-exempt customer sales representatives of Defendants who worked in the Bethlehem, Pennsylvania or Tucson, Arizona call centers" from July 6, 2015 through September 10, 2019;

- Approving the settlement of this action as "fair, reasonable, and adequate" under Civil Rile 23(e)(2);

- Approving the waiver of the FLSA claims of the members of the FLSA collective as a fair and reasonable resolution of a *bona fide* FLSA dispute;

- Approving Class Representative Service Awards in the amount of $7,500 to Named Plaintiff Bell and in the amount of $5,000 to Opt-in Plaintiff Redmond;

- Approving payment to the Settlement Administrator in an amount not to exceed $35,000;

- Appointing, pursuant to Civil Rule 23(g)(1), the law firms of Sommers Schwartz, P.C. and Winebrake & Santillo, LLC, to serve as class counsel; and

- Approving, pursuant to Civil Rule 23(h), Class Counsel's Attorneys' Fees in an amount not to exceed $283,333.33 and Lawsuit Costs in an amount not to exceed $15,000.

The above relief is warranted based on, *inter alia*, the accompanying Joint Stipulation of Class Action Settlement, the accompanying declarations of Kevin J. Stoops, and the accompanying memorandum of law.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this motion and enter the accompanying proposed order.

Dated:  January 22, 2020                         Respectfully submitted,

>s/ *Charles R. Ash, IV*
>Charles R. Ash, IV *(Pro Hac Vice)*
>MI Bar No. P73877
>Kevin J Stoops *(Pro Hac Vice)*
>MI Bar No. P64371
>**SOMMERS SCHWARTZ, P.C.**
>One Towne Square, Suite 1700
>Southfield, Michigan 48076
>248-355-0300
>kstoops@sommerspc.com
>crash@sommerspc.com
>
>Peter Winebrake, Esq.
>R. Andrew Santillo, Esq.
>Mark J. Gottesfeld, Esq.
>**WINEBRAKE & SANTILLO**
>715 Twining Road, Suite 211
>Dresher, Pennsylvania 19025
>Ph: (215) 884-2491
>pwinebrake@winebrakelaw.com
>asantillo@winebrakelaw.com
>mgottesfeld@winebrakelaw.com
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on January 22, 2020, I electronically filed the forgoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

>s/ *Charles R. Ash, IV*
>Charles R. Ash, IV